**Charles S. Fredericks and Bernadine A. Fredericks, Plaintiffs-Appellees, v. Frederick R. Schaab, Defendant-Appellant.**

**Gen. No. 68–30.**

Third District.

December 10, 1968.

Rehearing denied January 17, 1969.

McConnell, McConnell, Kennedy & Morris, of Peoria, for appellant; Heyl, Royster, Voelker & Allen, of Peoria, for appellees. Opinion by JUSTICE SCHEINEMAN. Not to be published in full.